**PIERCE ATWOOD LLP**

> The request is granted. The Initial Pretrial Conference scheduled for January 27, 2022 is adjourned, and the parties are relieved of the requirement to file a proposed Case Management Plan and Scheduling Order. Defendant's deadline to answer or otherwise respond to the complaint shall be the later of February 14, 2022 or 14 days following the docketing of this action in the District of New Jersey.
>
> 1/20/22   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**MELANIE A. CONROY**

100 Summer Street
Boston, MA 02110

**PH** 617.488.8119
**FX** 617.824.2020
mconroy@pierceatwood.com

pierceatwood.com

Admitted in: MA, ME, NY

January 19, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007
(212) 805-0226

Re:   *Norville v. TD Bank, N.A.*, Case No. 1:21-cv-09167-LJL
       Joint Request for Adjournment and Extension of Time

Dear Judge Liman:

We write pursuant to Rule 1.B of Your Honor's Individual Practices in Civil Cases to request an adjournment of the Initial Pretrial Conference scheduled for January 27, 2022 in light of the parties' recently filed Joint Motion to Transfer Action. In addition, the parties request clarification that Defendant's deadline to answer or otherwise respond to the Class Action Complaint of Plaintiff Jasmine Norville (ECF No. 1) shall be the later of February 14, 2022—the current deadline set by the Court upon a consented-to request by Defendant (ECF No. 10)—or 14 days following the docketing of this Action in the District of New Jersey.

Earlier today, the parties submitted a Joint Motion to Transfer Action, asking the Court to transfer the above-captioned matter to the United States District Court for the District of New Jersey (Camden Vicinage) pursuant to 28 U.S.C. § 1404(a) and the first-filed rule. There is currently a first-filed putative class action pending against Defendant in the United States District Court for the District of New Jersey, *Burns et al. v. TD Bank, N.A.*, Docket No. 1:21-cv-18194-KMW-AMD (the "Burns Action"), which was filed nearly three months before this Action. For the reasons set forth in the parties' Joint Motion, the parties have agreed that this Action should be transferred to the District of New Jersey to be consolidated with the Burns Action and respectfully request that the Court grant that relief.

The requested adjournment will ensure that neither the parties nor the Court will expend additional resources on the administration of a case that the parties believe should be transferred for consolidation with an earlier-filed, identical case. As noted, there has been one previous request for adjournment or extension of time by Defendant, which was consented to by Plaintiff and granted by the Court, and this letter requests the adjournment of the only scheduled appearance before the Court.

The Honorable Lewis J. Liman
January 19, 2022
Page 2

Accordingly, Plaintiff Jasmine Norville and Defendant TD Bank, N.A. respectfully request the Court to issue an order that the Initial Pretrial Conference scheduled for January 27, 2022 (including the requirement to file a proposed Case Management Plan and Scheduling Order) is adjourned, and Defendant's deadline to answer or otherwise respond to the Class Action Complaint shall be the later of February 14, 2022 or 14 days following the docketing of this Action in the District of New Jersey.

Thank you very much for your consideration.

Date:  January 19, 2022

/s/ Melanie A. Conroy
Melanie A. Conroy (Bar No. MC0817)
PIERCE ATWOOD LLP
100 Summer Street, 22nd Floor
Boston, MA 02110
mconroy@pierceatwood.com
Phone: 617.488.8119
Fax: 617.824.2020

*Counsel for Defendant*

/s/ Joseph I. Marchese
Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue, Third Floor
New York, NY 10019
jmarchese@bursor.com
Phone: 646.837.7150
Fax: 212.989.9163

*Counsel for Plaintiff*